**SEALED**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 18, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DARRAYAH SANCHEZ, ) <br> ) <br> Defendant. ) | Case No. 2:18-MJ-00257-KJN-2 <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DARRAYAH SANCHEZ</u>, Case No. <u>2:18-MJ-00257-KJN-2</u>, Charge <u>18 USC §§ 922(u), 371, 924(i)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other) <u>Defendant shall be released on 12/19/2018 at 9:00 a.m. to Pretrial Services. With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 18, 2018</u> at <u>2:55</u> PM.

By /s/ _____
Deborah Barnes
United States Magistrate Judge